**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

KENNETH BAIRD,
    Plaintiff,

vs.                                              Case No. 5:06cv250/MCR/EMT

S. MILIKEN, et al.,
    Defendants.
_____/

**O R D E R**

       This cause comes on for consideration upon the magistrate judge's report and recommendation dated January 9, 2009 (Doc. 20).  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

       Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

       2. This cause is **DISMISSED** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

       **DONE AND ORDERED** this 4th day of March, 2009.

                                                            s/ *M. Casey Rodgers*
                                                            **M. CASEY RODGERS
                                                           UNITED STATES DISTRICT JUDGE**